FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Ms, Jason South (Anna)

(Enter above the full name of the plaintiff in this action)

V.

Federal Bureau of Prisons

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

RECEIVED

JUL 17 2020

AT 8:30

WILLIAM T. WALSH M
CLERK

INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of   $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.  If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures  set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.  If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint  which you have submitted will be forwarded  by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.  Jurisdiction is asserted pursuant to (CHECK ONE)

_____  42 U.S.C. §1983 (applies to state prisoners)

__✓__  Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____Emergency Preliminary Injunctive Relief_____

1b.  Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

_✓_ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

b. Court and docket number:_____

c. Grounds for dismissal: ( )   frivolous    ( ) malicious

( )   failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit:_____

e. Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? FCI Fort Dix ,NJ.

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a. Name of plaintiff: Ms. Jason South (Anna)

Address: FCI Fort Dix, PO Box 2000, Joint Base MDL, NJ. 08640

Inmate#: 57903-019

b.   First defendant:

Name: Federal Bureau of Prisons

Official position:_____

Place of employment:_____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_____ See attachments _____

_____

_____

_____

c.   Second defendant:

Name:_____

Official position:_____

Place of employment:_____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_____

_____

_____

_____

d.   If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.   I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

     _X_ Yes      ___No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

Sensitive BP-11's to Central office, civil action in
US District Court of Hartford, CT.    3:19-cv-1763 (VLB)
Many other administrative complaints.
            DOJ EEO

If your answer is "No," briefly explain why administrative remedies were not exhausted.

6.   Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

     See attachments please

United States District Court
District of New Jersey

Ms. Jason South (Anna)
    Plaintiff

        V

Federal Bureau of Prisons

Motion for Emergency Preliminary
Injunctive Relief
(medically necessary transfer, failure to protect - future harm)

Plaintiff is a transgender female in a mens FBOP facility (FCI Fort Dix) and currently in the SHU pending transfer due to not being able to go back on the compound in population due to a rape & many sexual solicitations & harrassments solely because plaintiff is a transgender female & feminine, on hormone therapy, has breast growth and refuses male's sexual solicitations. Plaintiff was recently transfered to FCI Fort Dix on 12-13-19 due to a brutal rape & severe assault by 3 male gang members at FCI Danbury resulting in 6 facial fractures after being kicked in the face with "steel toe" boots leaving plaintiff fermenently disfigured, 24/7 pain & neuropathy, as well as severe PTSD. (Plaintiff has civil action pending as to incident in Hartford, CT. 3:19-cv-01763-VLB South v. FBOP -- Formerly South v Lican Vitele etal.) Prior to current SHU placement plaintiff attempted suicide 3 times on 5/18-5/20/20 & on suicide watch three weeks. (3rd time on suicide watch in 7 months)

2

Plaintiff has suffered severe suicidal ideation since FCI Danbury Sexual assault, & greater ideation after incidents at FCI Fort Dix. (And was amazingly at Danbury for sexual trauma/PTSD program)

Continued housing in mens facilities exasperates plaintiffs gender dysphoria, Severe PTSD, bi-polar & personality disorders/disabilities, and will put plaintiff at significant risk of sexual assaults & abuse. Plaintiff has been in FBOP custody for 15 years and 9 mens facilities & has been stabbed, jumped, and also Sexually assaulted at every facility including 1000's of sexual harrassments & solicitations just for being perceived as gay & since beginning to transition (male to female) abuse has increased greatly. I will never submit to sexual acts by men, and Transgender females have only a few options in mens prisons, submit to sexual solicitations, get raped, or live in the SHU. Suicide is also an option, and none of these "options" are part of our sentences.

Plaintiff requests an emergency preliminary Injunction to be transfered from the SHU at FCI Fort Dix, NJ, to a Female facility with the "Resolve" PTSD Trauma treatment program to insure her safety from future harm & treatment for trauma in FBOP custody. (Plaintiff has also been Sexually assaulted by FBOP Dr. Lewis Jackson at Atlanta USP in 2012, hit in the head with rubber sledgehammer (by C.O.) twice resulting in TBI, and raped & assaulted in FCI Danbury, CT, after staff disclosed

to inmates that plaintiff was transgender)
    Plaintiff asks the court to grant motion in light of likelihood of success on merits of claims.
    1) Future harm - deliberate indifference.
    2) FBOP violation of Eighth Amendment's cruel and unusual punishments clause.
    3) FBOP violation of the Rehabilitation Act of 1973, Section 504
    4) The nondiscrimination provision of the Affordable care Act (ACA) by discriminating based on Sex, Sex stereotyping, and/or gender identity. (Plaintiff has also filed a discrimination complaint with the DOJ EEO)
    5) WPATH standards of care require "real life" experience of living full-time within the desired gender with the ability to live as a woman.
    6) Fourteenth Amendment's guarantee of equal protection. And Title VII 1964 Civil Rights Act.
    7) Transgender/gender discrimination
    8) Any international treatise or decrelation against torture.
    Additionally Plaintiff suffers daily "misgendering" causing gender dysphoria disability distress, as well as being strip searched fully nude by male officers, watched while showering with out a shower curtian by male officers while on suicide watch and nude photos taken by male officer after reporting a rape - dispite the assault taking place two months prior and plaintiffs repeated protests. These are harms suffered by plaintiff because she is inappropriatly housed in a mens facility.

4

Furthermore FBOP is in violation of PREA & FBOP program statement Sexually Abusive Behavior Prevention and Intervention Program and states in section 28 C.F.R. § 115.42(c)

"In deciding whether to assign a Transgender or intersex inmate to a facility for male or female inmates ... the agency SHALL CONSIDER on A CASE-BY-CASE Basis WHETHER A PLACEMENT WOULD ENSURE THE INMATE'S HEALTH AND SAFETY...."

My Health and Safety have been completly disregarded.

Enclosed I have included Central Office Administrative remedy dated 3-16-2020 & received 5-22-2020. (Administrative Remedy exhausted)

I have a second Central Office Administrative remedy I am obtaining from Hartford, CT. District court I submited for civil complaint dated Sept. 29th, 2019 in which I cite 9-25-19 attack as evidence that I am not safe in male facilities. (cited in 2nd review)

As well as many unexhausted notifications to staff I am not safe, and institutional inmate to staff e-mails, letters to staff & FBOP TEC.

FBOP knows I have been in danger of serious injury, have sustained serious injury/harm & a great likelyhood of future and imminent injury/harm in mens facalities. And yet FBOP is transfering me to another male facility to endure more sexual abuse by male inmates.

Central Office reply dated 5-22-20 fails to take into account I have hormone "labs" due

on 7-20-20 and am allready by many community standards hormonally level with a biological woman.

My soon to be hormone labs will show an even greater increase in estradiol & previously maxamized & stablized testosterone.

Additionally the Fort Dix prison Dr. misread and (intentionally?) lowered my estradiol on 4-23-20 from 6mg to 2mg, and one day after my first suicide attempt fixed the alleged mistake while I was in suicide watch from 2mg back to 6mg on 5-19-20. This was allmost 'a' month of Sabatoge to my hormone level goals, mistake or not.

I have also requested for over a month in SHU & denied to change from estradiol piils to injection which would significantly & immeadiatly raise my estradiol hormone level.

I was also denied prophylactic std prevention medication in March/April for a rape & still yet to even get an STD test.

Nor have I received facial reconstruction (ordered by three surgeons so far) for the rape & assault on 9-25-19. My Health & Safety mean nothing to FBOP & will continue to be Sexually abused by male inmates if not transfered immeadiatly to a safe female facility. It is medically necessary by "WPATH standards of care" I live as a woman in a female facility.

I also risk having suicidal ideation/attempt from abuse & stress.

Being housed in a mens facility is unbearably gender invalidating causing such great distress to effect my daily functioning and activities. Such distress exasperates my gender dysphoria disability, personality disorders, Bi-polar disorder, PTSD disorder, suicide ideation, self-castration thoughts and plans, paranioa & paralizing fear.

FBOP's refusal to accommodate my gender dysphoria & house me in an appropriate female facility not only causes imminent risk to my safety from male inmates, but imminent harm & risk to my health & mental health.

Over the past 9 months my suicidal ideation became greater & greater untill the attempts on 5-18/5-20, 1st attempt I was in ambalatory restraints & repeatedly smashed my head into a wall in attempt to die & split open my forehead and causing sever concussion & hospitalization, (prior to this I slit my wrist), and on the way back from the hospital I hung myself with a seat belt and passed out in the back of the transport van while handcuffed & attached to waistchain. All three incidents staff saved my life. I was again hospitalized for attempted hanging. This is the pain I endure being housed with male inmates; pain so unbarable I want it to end by taking my own life. I love life so much & dont actually want to die, but the pain becomes to much sometimes to bare,

Additionally I am given very limited access to female grooming items, on the commissary only female fragrance, and undergarmets are sold, if transgender females wish to buy make-up etc... it has to be special ordered taking months — In a female facility they sell all medically necessary grooming, make-up items for immeadiate use.

Nor do they have health care staff with expertise or training to treat Gender dysphoria disability or female issues in a mens facility that I would benifit from for my treatment in a female facility.

The critical element of gender dysphoria is the presence of clinically significant distress associated with the condition, NOT CAUSED by the disorder itself, but by difficulties encountered from social dissapproval by one's culture, and often face hostility & insensitivity, rejection & discrimination which is GREATLY amplified by the toxic-masculinity in mens prisons, not just by male inmates, but also by male correctional

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

To be transfered to a female facility consistant with my female gender identity that has the "Resolve" trauma PTSD program to transition safely & live as a woman per "WPATH

Standards of care. Immeadiate transfer to female facility with out delay. No more mens facilities or housing, or in SHU with males waiting on transit to female facility. To live as a woman in my gender identity, and is WPATH and world recognized gender dysphoria disability and medically necessary treatment. Further delay will delay my transition (male to female) and cause me substantial harm.

8.    Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial (✓) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___4th___ day of ___July___ , 20_2_0_

_____

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).