# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William M. Tambussi, Esq.
wtambussi@brownconnery.com

May 18, 2022

**VIA ELECTRONIC MAIL**
Clerk of Court
United State District Court for the District of New Jersey
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plaza
Fourth & Cooper Streets
Camden, New Jersey 08101

    Re:  **South v. Federal Bureau of Prisons**
           **Civil Action No.: 1:20-CV-09045-RBK-JS**

Dear Sir or Madam:

    This office represents Plaintiff, Annabelle Stellantis Grace, (formerly known as Jason ("Anna") South), in the above-referenced matter. Our opposition to Defendants' Motion to Dismiss is due on May 23, 2022. We are hereby requesting a thirty (30) day extension of time within which to file our opposition to Defendants' Motion. Please note that my adversary has consented to this request.

    Please feel free to contact my office if you have any questions or concerns regarding this request. Thank you.

                                          Respectfully submitted,

                                          **BROWN & CONNERY, LLP**

                                          s/ *William M. Tambussi*
                                          William M. Tambussi

    WMT/CYD/srs
    cc:     Thandiwe Boylan (*via electronic mail*)

So Ordered this 19th day of May, 2022

7GZ2225